Judgment in each case affirmed, with costs; no opinion. Concur: HISCOCK, Ch. J., POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.   Absent: CARDOZO, J.

---

MORRIS RUN COAL COMPANY, INC., Appellant, *v.* CARTHAGE SULPHITE PULP AND PAPER COMPANY, INC., et al., Respondents.

*Contract — sale — question of fact — action to recover for goods sold and delivered — questions as to when there was a complete contract and whether there was a breach of warranty for the jury.*

*Morris Run Coal Co., Inc.,* v. *Carthage Sulphite P. & P. Co., Inc.,* 210 App. Div. 678, affirmed.

(Argued March 4, 1926; decided March 30, 1926.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 19, 1924, reversing a judgment in favor of plaintiff entered upon a verdict directed by the court and granting a new trial.   The action was to recover for goods alleged to have been sold and delivered under two separate contracts whereby plaintiff agreed to sell and defendant Carthage Sulphite Pulp and Paper Company agreed to buy ten carloads of anthracite screenings.   The Appellate Division reversed on the ground that questions as to when there was a complete contract and as to whether there was a breach of warranty as to quality should have been submitted to the jury.

*William L. Bowman* for appellant.

*Fred L. Smith* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: HISCOCK, Ch. J., POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.   Absent: CARDOZO, J.